On July, 29th 2018, I was wrongfully terminated by T-mobile. Information was fraudulently used to wrongfully terminate me as stated by heather Mering a HR leader located here in Wichita, Ks on August 3rd, 2018. On August 6th, 2018 T-mobile Compliance and Ethics stated to me, that the same information I provided to them as I did Heather Mering was correct as well, and that legal restrictions prevented them from disclosing the details of their investigation to me. On August 8th, 2018 I filed and signed a charge with the EEOC in violation of my civil rights. On August 10th, 2018 the EEOC investigation was closed and my right-to-sue- letter was issued. On Aug 15th, 2018 I filed a complaint with KHRC. On August 20th, 2018 a charge with KHRC was filed dually with the EEOC because I took my complaint to them first with the case No. 40357-19.

On august 6th, 2018 Heather Mering stated that I had not lost anything as a result of this situation and there are no gaps in my employment, coverage, benefits, ect. This was a lied about trying to use my health insurance on the same date I have proof that my health coverage was ineligible. She also stated that my LOA/ Short-Term disability would be "Re-Opened "and a determination would be made as quickly as possible. I was also told that my disability payments would be processed on August 17th, 2018. This interfered with my FMLA.

On August 9th, 2018 Ryan Davis from T-mobile Compliance and Ethics reached out to me, He admitted to the switch back of my health insurance on Aetna (their vendor) end being done wrongly. He also admitted that an off-set payment from T-mobile ERF would not show up in ADP because it was from an offset account, but it did show up as an adjustment on a later date with false information with it that was not provided to me at the time we had an email conversation. He also admitted to accessing my banking account information while terminated and after I received my final pay check. I feel he had done that to gain access to my current living address as he requested to be able to provide me with payment due to me facing eviction from the wrongful termination. On August 13th, 2018 he admitted again with attachments from ADP excluding the off-set payment, information about my STD payments. He emailed me again on August 17th, 2018 about the $1000.00 payment he knew he put into my banking account without my permission with an account called TmobileUSA I-payroll. He Also Admitted to T-mobile adding my funding bank into my company stock, but he did not put the funding back into my employee stock account, instead he added the funds back into T-mobile Restricted account that I had ownership of as well. Funds as of September, 24th, 2018 are still not in my employee stock account. This means at any time they can take those funds back out of the restricted account.

Previous dates and current dates in emails from T-mobile and its vendor continued showing lies given to me about my coverage and benefits. Policies I have do not match the information with what they are doing to me from all companies involved with retaliating against me together. Insurance policies were taken out with my information I provide to T-mobile and transferred to their vendors, where they all committed fraudulent acts against me. Their vendors include: Braodspire a part of Crawford Company, Aetna, ADP, Fidelity investments. Insurance policies are missing and my pay statements are all tampered with, using fraudulent information. T-mobile filed me Exempt from Federal Taxes but continued to take out Federal Taxes from my earnings. They also adjusted earning that they were not supposed to do. Due

to the natural of how they all have retaliated against me I am left income less. The lies from each company continue and I request that they stop communicating with me with lies. I have insurance card issued that were not supposed to be issued and claims not processed correctly because this has been going on my entire length of employment.